WALTER M. GÓLDSMITH et al., Respondents, *v.* T. & G. ASSETS
REALIZATION CORP., Appellant.

Argued April 12, 1943; decided May 27, 1943.

*Herman A. Benjamin, Chauncey E. Treadwell* and *William Biel* for appellant.

*Osmond K. Fraenkel, Arnold J. Brock* and *Charles H. Levitt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.